### SELIGMAN v. ROSENZWEIG.

#### (Supreme Court, Appellate Term.  March 26, 1906.)

TORTS—RECOVERY OF ATTORNEY'S FEES—LIABILITY OF UNSUCCESSFUL PARTY.
    The successful plaintiff in an action may not maintain an action against the defendant in the former action for the fees plaintiff paid his attorney in such former action.

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Sigmund Seligman against Charles S. Rosenzweig.  From a judgment for plaintiff, defendant appeals.  Reversed.

Argued before SCOTT, P. J., and O'GORMAN and NEWBURGER, JJ.

Moen & Kilbreth, for appellant.
D. W. Steele, Jr., for respondent.

NEWBURGER, J.  A careful reading of the record fails to disclose upon what theory this action was brought or the judgment rendered.   Plaintiff brought an action against this defendant for the recovery of certain insurance policies, which resulted in his favor for the return of the policies and costs of the action. . Subsequently this action is brought to recover the sum of $50 for moneys paid out by the plaintiff to the lawyer who appeared for him in the action against this defendant, brought to recover the insurance policies.

A mere statement of plaintiff's claim should have resulted in the dismissal of the complaint.

Judgment reversed, and judgment of dismissal on the merits directed, with costs of appeal and of the court below.  All concur.